FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

UNITED STATES DISTRICT COURT 2019 DEC 11 AM H: 35
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CLERK _____ MBD
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO: 4:19-CR-185 |
| ) | |
| MICHAEL WILSON ) | |

## ORDER TO SEAL

Upon motion of the United States, it is ORDERED that the Government's Notice of Intent to Offer Evidence of Other Acts by Defendant Pursuant to Federal Rules of Evidence 414, 404(B) and SDGA Local Criminal Rule 16.2, be sealed until further Order of the Court, excepting only such disclosures as necessary to effect service of process.

This 11th day of December, 2019.

HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA